UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re BOBBY M. DIXON,<br><br>　　　　　Plaintiff, | Case No.  13-cv-05356-JST (PR)<br><br>**ORDER REOPENING ACTION AND OF TRANSFER** |

This action was opened on November 19, 2013, when the Court received from Inmate Bobby M. Dixon a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

On the same date, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

On January 15, 2014, the Court dismissed the action on the grounds that Plaintiff had not filed the necessary documents or otherwise communicated with the Court.

On July 2, 2015, Plaintiff filed a request to reopen the action on the grounds that, due to multiple transfers, he never received the Clerk's IFP and complaint notices. Because it appears that Plaintiff never received the necessary forms and directions, the Court REOPENS this action.

Further review of Plaintiff's case, however, reveals that he has initiated his civil action in the wrong judicial district. Plaintiff currently is incarcerated at R.J. Donovan State Prison (RJD) in San Diego, California. Plaintiff's complaints relate to conditions of confinement at the California Medical Facility (CMF) in Vacaville, California, where he was previously incarcerated. He alleges that the facilities and food service at CMF are unsanitary and unsafe and that disabled inmates at CMF receive disparate treatment. (Nov. 19, 2013 Letter.)

It therefore appears that the acts complained of occurred at CMF, which is located in Solano County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and in forma pauperis application required by the United States District Court for the Eastern District of California and mail them to that district.

If Plaintiff seeks to pursue an action regarding conditions of confinement at RJD, he must file a complaint in the United States District Court for the Southern District of California, where RJD is located.

The Clerk is directed to reopen this action, terminate any pending motions, and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated:  July 7, 2015

_____
JON S. TIGAR
United States District Judge

2